# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0029

_____

STEVE HERRING,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Lance Eric Neff, Judge.


February 20, 2026

PER CURIAM.

AFFIRMED.

LEWIS, ROBERTS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Steve Herring, pro se, Appellant.

James Uthmeier, Attorney General, and Robert "Charlie" Lee, Assistant Attorney General, Tallahassee, for Appellee.